**Dismissed; Opinion Filed September 6, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00851-CV

### IN THE INTEREST OF B.G.H.M., A CHILD

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-51781-2018**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Stoddart
Opinion by Justice Lang

Before the Court is the parties' voluntary agreed motion to dismiss appeal pursuant to Texas Rule of Appellate Procedure 42.1. *See* TEX. R. APP. P. 42.1. We grant the motion and dismiss the appeal. *See id.*

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

180851F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF B.G.H.M., A CHILD

No. 05-18-00851-CV

On Appeal from the 416th Judicial District Court, Collin County, Texas
Trial Court Cause No. 416-51781-2018.
Opinion delivered by Justice Lang, Justices Myers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Ronnie Jake Marks recover his costs, if any, of this appeal from Stephanie D. Marks.

Judgment entered this 6th day of September, 2018.